

# NUMBER 13-23-00369-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| PABLITA GALVEZ HUERTA, | Appellant, |
|---|---|
| v. | |
| ANTOLINA BUENROSTRO, | Appellee. |

### On appeal from the 357th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Benavides**

This cause is before the Court on the parties' joint motion to set aside the trial court's amended final judgment without regard to the merits and remand the case to the trial court for entry of an agreed judgment.

The Court, having considered the documents on file and the joint motion signed by the parties' attorneys, is of the opinion that the motion should be granted. *See* TEX. R.

APP. P. 42.1(a). We grant the motion, reinstate the case, vacate the August 28, 2023 order without regard to the merits, dismiss the appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* R. 42.1(a)(2)(B) (providing that, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk" we may "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement").

Additionally, and in accordance with the parties' agreement, costs are taxed against the party that incurred them. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
18th day of January, 2024.

2